# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.
_____

**1. Style of the Case:**
Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| AARON WALLACE | Plaintiff | Holly R. Giesz<br>The Gieszl Firm<br>3200 North Central Ave., Suite 1500<br>Phoenix, Arizona  85012<br><br>Joshua N. Mozell<br>Frazer Ryan Goldberg & Arnold, LLP<br>3101 North Central Ave., Suite 1600<br>Phoenix, Arizona  85012 |
| STATE OF ARIZONA<br>CARA CHRIST<br>STEVEN DINGLE<br>AARON BOWEN<br>MICHAEL SHELDON | Defendants | James B. Bowen (#013774)<br>Kim Chamberlain (#031675)<br>Assistant Attorney General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004-1592<br>(602) 542-7699<br>Kari B. Zangerle<br>Robert Stultz<br>Campbell, Yost, Clare & Norell, P.C.<br>3101 North Central Ave., Suite 1200<br>Phoenix, Arizona 85012 |
| TUPUS MILINER | Defendant | John Dicaro<br>Jones, Skelton & Hochuli, PLC<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004 |

**2. Jury Demand:**

Was a Jury Demand made in another jurisdiction?

If "Yes," by which party and on what date?

_____

**3. Answer:**

Was an Answer made in another jurisdiction?     ___No_____

If "yes," by which party and on what date?

_____N/A_____          _____N/A_____

**4. Served Parties:**

**The following parties have been served at the time** this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| State of Arizona | 8/16/19 | Attorney General's Office |
| Cara Christ | 8/16/19 | Ariz. Dept. of Health Services |
| Aaron Bowen | 8/19/19 | Arizona State Hospital (ASH) |
| Steven Dingle | 8/19/18 | ASH (improper) |
| Michael Sheldon | 8/19/19 | ASH (improper) |
| Tupas Miliner | 8/19/19 | ASH (improper) |

**5. Unserved Parties:**

The following parties have not been served at the time this case was removed:

N/A

**6. Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |

**7. Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Violation of Federal Constitutional Rights under USC § 1983; Pendant State-Law claims of abuse of a vulnerable adult, negligence per se; professional malpractice |
| n/a | |

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

8136614

3