**THE GIESZL FIRM**
3200 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel  602-277-0772      Fax 480-287-9589
Holly R. Gieszl, SBN 013845
holly@gieszlfirm.com

**Frazer Ryan Goldberg & Arnold, LLP**
Joshua N. Mozell, SBN 030865
1850 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Tel 602-277-2010
jmozell@frgalaw.com

Counsel for PLAINTIFF

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Aaron Wallace,

    Plaintiff,

    v.

The State of Arizona; Cara Christ; Aaron Bowen; Steven Dingle; Joselyn Tupas-Miliner; John Doe 1-10; Jane Doe 1-10,

    Defendants.

NO. 2:19-CV-05117-GMS

**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS PURSUANT TO RULE 41(a)(2)**

    By and through counsel undersigned, the parties request dismissal with prejudice of the individual Defendants in this matter. The individual Defendants are: Cara Christ, M.D.; Steven Dingle, M.D.; Aaron Bowen; and Joselyn Tupas-Miliner, R.N. A proposed form of order is attached for the Court's convenience.

//

//

THE GIESZL FIRM
3200 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
602-277-0772

DATED this 2nd day of March 2021.

**THE GIESZL FIRM**

By  */s/Holly R. Gieszl*
    Holly R. Gieszl
    3200 N. Central Ave. Ste. 1500
    Phoenix, AZ 85012
    Counsel for Plaintiff

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By  */s/Kari B. Zangerle (with permission)*
    Kari B. Zangerle
    3101 N. Central Ave. Ste. 1200
    Phoenix, AZ 85012
    Attorneys for State of Arizona, Dr. Christ, Dr.
    Bowen, and Dr. Dingle

**JONES, SKELTON & HOCHULI, PLC**

By  */s/John DiCaro (with permission)*
    John DiCaro
    40 North Central Ave Ste 2700
    Phoenix, AZ 85004
    Counsel for Defendant Tupas-Miliner

**THE GIESZL FIRM**
3200 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
602-277-0772

-2-

**THE GIESZL FIRM**
3200 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
602-277-0772

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March 2021, I caused the foregoing

document to be filed electronically with the Clerk of Court through the CM/ECF System

for Filing and served on counsel of record via the Court's CM/ECF system.

Kimberly D. Chamberlain
Office of the Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592
*Attorney for State Defendants*

Kari Bernice Zangerle
Robert Clinton Stultz
Campbell Yost Clare & Norell PC
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
*Attorneys for State Defendants*

John DiCaro
Kathleen Elder
Jones Skelton & Hochuli, PLC
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorney for Defendant Tupas-Miliner*

Joshua Mozell
Frazer Ryan Goldberg & Arnold LLP
1850 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
*Co-Counsel for Plaintiff Wallace*

By: */s/Mary J. Golonka*