1  Kari B. Zangerle, No. 013164
2  Robert C. Stultz, No. 025781
   **CAMPBELL, YOST, CLARE & NORELL, P.C.**
3  3101 North Central, Suite 1200
   Phoenix, Arizona  85012
4  Telephone:    (602) 322-1600
   Facsimile:     (602) 322-1634
5  kzangerle@cycn-phx.com
6  rstultz@cycn-phx.com
   Attorneys for State of Arizona, Dr. Christ, Dr. Bowen, and Dr. Dingle
7

8              **THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF ARIZONA**

10 Aaron Wallace,                          | **NO.  2:19cv-05117-GMS**

11
        Plaintiff,                         | **NOTICE OF SETTLEMENT**
12

13     vs.

14 The State of Arizona; Cara Christ; Aaron
   Bowen; Steven Dingle; Joselyn Tupas-
15 Miliner; John Doe 1-10, Jane Doe 1-10.

16
        Defendants.
17

18         Defendant State of Arizona, by and through undersigned counsel, gives notice

19 that this matter has settled.   A Stipulation and proposed Order of Dismissal with

20
   Prejudice will be filed by March 31, 2021.
21

22

23 / / /

24 / / /

25
   / / /
26

DATED this 19th day of March, 2021.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By  /s/ *Robert C. Stultz*
Kari B. Zangerle
Robert C. Stultz
3101 N. Central Ave., Suite 1200
Phoenix, Arizona  85012
Attorneys for State of Arizona, Dr. Christ, Dr. Bowen, and Dr. Dingle

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will e-mail all notification of such filing to all non-CM/ECF system participants.

Kim Chamberlain, Esq.
Office of the Attorney General
2005 N Central Ave.
Phoenix, AZ 85004
Kimberly.Chamberlain@azag.gov
*Attorneys for State of Arizona, Dr. Christ,*
*Dr. Bowen, and Dr. Dingle*

Holly R. Gieszl, Esq.
The Gieszl Law Firm
3200 N. Central Ave., Suite 1500
Phoenix, AZ  85012
holly@gieszlfirm.com
*Attorneys for Plaintiff*

/ / /

- 2 -

1    Joshua N. Mozell, Esq.
     Frazer Ryan Goldberg & Arnold, L.L.P.
2    1850 N. Central Ave., Suite 1800
3    Phoenix, AZ  85004
     jmozell@frgalaw.com
4    *Attorneys for Plaintiff*

5

6    /s/ *Melody Kern*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26