**THE GIESZL FIRM**
3200 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel  602-277-0772     Fax 480-287-9589
Holly R. Gieszl, SBN 013845
holly@gieszlfirm.com

**Frazer Ryan Goldberg & Arnold, LLP**
Joshua N. Mozell, SBN 030865
1850 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Tel 602-277-2010
jmozell@frgalaw.com

Counsel for PLAINTIFF

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wallace,<br><br>    Plaintiff,<br><br>    v.<br><br>The State of Arizona; Cara Christ; Aaron Bowen; Steven Dingle; Joselyn Tupas-Miliner; John Doe 1-10; Jane Doe 1-10,<br><br>    Defendants. | NO. 2:19-CV-05117-GMS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE REMAINING DEFENDANT, THE STATE OF ARIZONA** |

By and through counsel undersigned, the parties request dismissal with prejudice of the State of Arizona, the remaining Defendant in this matter. Further, this case should be closed at this time. A proposed form of order is submitted herewith.

//

//

-1-

DATED this 17th day of May, 2021.

**THE GIESZL FIRM**

By */s/Holly R. Gieszl*
   Holly R. Gieszl
   3200 N. Central Ave. Ste. 1500
   Phoenix, AZ 85012
   Counsel for Plaintiff

**ARIZONA ATTORNEY GENERAL'S OFFICE**

By */s/Kimberly D. Chamberlain (with permission)*
   Kimberly D. Chamberlain
   2005 North Central Avenue
   Phoenix, AZ 85004-1592
   Counsel for State Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for Filing and served on counsel of record via the Court's CM/ECF system.

>Joshua Mozell
>Frazer Ryan Goldberg & Arnold LLP
>1850 North Central Avenue, Suite 1800
>Phoenix, Arizona 85012
>*Co-Counsel for Plaintiff Wallace*

By: */s/Mary J. Golonka*