# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wallace, | NO. 2:19-CV-05117-GMS |
| Plaintiff, | |
| v. | **ORDER** |
| The State of Arizona; Cara Christ; Aaron Bowen; Steven Dingle; Joselyn Tupas-Miliner; John Doe 1-10; Jane Doe 1-10, | |
| Defendants. | |

Having received and considered the parties' Notice of Settlement (Doc. 94) and Joint Stipulation for Dismissal with Prejudice of the Remaining Defendant, the State of Arizona (Doc. 97), and good cause shown,

**IT IS ORDERED** granting the Stipulation and dismissing Defendant State of Arizona with prejudice.

**FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this _____ day of _____, 2021.


_____
G. Murray Snow
Chief United States District Judge